1 | John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
2 | **SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
3 | San Francisco, CA 94109
Tel: (415) 561-9601
4 | Fax: (415) 561-9609
john@scottlawfirm.net
5 | liza@scottlawfirm.net

6 | Izaak D. Schwaiger (SBN 267888)
130 Petaluma Avenue, Suite 1A
7 | Sebastopol, CA 95472
Tel. (707) 595-4414
8 | Fax: (707) 851-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiff TYLER WASHINGTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER WASHINGTON<br><br>    Plaintiff,<br><br>v.<br><br>NICK WHITE, LINDSAY HAYNES, PAUL WRAPP, and DOES 1-25,<br><br>    Defendants. | Case No. 3:18-cv-00333-WHO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO DISMISS** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Tyler Washington and all Defendants, by and through their respective attorneys of record, hereby stipulate to extend and set a coordinated and unified briefing schedule regarding the Defendants' motions to dismiss.

WHEREAS the parties believe it would be in their mutual interest to have an agreed upon briefing schedule regarding the date for the Plaintiff to file her oppositions to the two motions to dismiss, and for the Defendants to file their reply briefs to Plaintiff's oppositions to the motions to dismiss; and

WHEREAS the parties agree to continue the hearing date from April 18, 2018 to May 2, 2018, or this court's next available date.

IT IS HEREBY STIPULATED that Plaintiff shall file her opposition to Defendant Lindsay Haynes' and Paul Wrapp's motion to dismiss on or before April 4, 2018, and Plaintiff shall file her opposition to Defendant Paul White's motion to dismiss on or before April 5, 2018.

IT IS FURTHER STIPULATED that the Defendants Lindsay Haynes and Paul Wrapp shall file their reply memorandum in response to Plaintiff's opposition on or before April 11, 2018, Defendant Paul White shall file his reply memorandum in response to Plaintiff's opposition on or before April 12, 2018.

IT IS FURTHER STIPULATED that the hearing currently scheduled for April 18, 2018 be continued to May 2, 2018, or this court's next available date.

**IT IS SO STIPULATED.**

Dated: March 14, 2018                    Respectfully submitted,

**SCOTT LAW FIRM**


/s/ John Houston Scott_____
John Houston Scott
Attorney for Plaintiff Tyler Washington

| | |
|---|---|
| Dated: March 14, 2018 | Respectfully submitted, |
| | **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL** |
| | /s/ Thomas F. Bertrand<br>Thomas F. Bertrand<br>Attorney for Defendants Lindsay Haynes and Paul Wrapp |
| Dated: March 14, 2018 | Respectfully submitted, |
| | **BLUESTONE ZUNINO & HAMILTON, LLP** |
| | /s/ Marshall E. Bluestone<br>Marshall E. Bluestone<br>Attorney for Defendant Nick White |

**ELECTRONIC CASE FILING ATTESTATION**

I, John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

| | |
|---|---|
| Dated: March 14, 2018 | **SCOTT LAW FIRM** |
| | By: /s/ John Houston Scott<br>John Houston Scott |

The matter before the Court is the parties' Stipulation regarding the above set schedule for Defendants motions to dismiss. PURSUANT TO STIPULATION, IT IS SO ORDERED: the hearing will be held on May 2, 2018.

Dated: March 15, 2018

_____
THE HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

2