John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Izaak D. Schwaiger (SBN 267888)
130 Petaluma Avenue, Suite 1A
Sebastopol, CA 95472
Tel. (707) 595-4414
Fax: (707) 851-1983
E-mail: izaak@izaakschwaiger.com

Attorneys for Plaintiff TYLER WASHINGTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER WASHINGTON<br><br>Plaintiff,<br><br>v.<br><br>NICK WHITE, LINDSAY HAYNES, PAUL WRAPP, and DOES 1-25,<br><br>Defendants. | Case No. 3:18-cv-00333-WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Northern District Local Rule 6-1(a), Plaintiff Tyler Washington and all Defendants, by and through their respective attorneys of record, hereby stipulate to extend and set a coordinated and unified briefing schedule regarding the Defendant Lindsay Haynes' and Paul Wrapp's and Defendant Nick White's motion to dismiss first amended complaint.

WHEREAS the parties believe it would be in their mutual interest to have an agreed upon briefing schedule regarding the date for the Plaintiff to file her opposition to the motion to dismiss, and for the Defendants to file their reply brief to Plaintiff's opposition to the motion to dismiss; and

WHEREAS the parties agree to continue the hearing date from August 8, 2018 to August 22, 2018, or this court's next available date.

IT IS HEREBY STIPULATED that Plaintiff shall file her opposition to Defendants' motion to dismiss on or before July 16, 2018.

IT IS FURTHER STIPULATED that the Defendants shall file their reply memorandum in response to Plaintiff's opposition on or before July 23, 2018.

IT IS FURTHER STIPULATED that the hearing currently scheduled for August 8, 2018 be continued to August 22, 2018, or this court's next available date.

IT IS FURTHER STIPULATED that mediation with a magistrate judge will be set after the Court's Order on Defendants' Motion To Dismiss the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: June 22, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**SCOTT LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　/s/ John Houston Scott
　　　　　　　　　　　　　　　　　　　　　John Houston Scott
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Tyler Washington

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

| | |
|---|---|
| Dated: June 22, 2018 | Respectfully submitted,<br><br>**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**<br><br>_____<br>Thomas F. Bertrand<br>Attorney for Defendants Lindsay Haynes and Paul Wrapp |
| Dated: June 26, 2018 | BLUESTONE ZUNINO & HAMILTON, LLP<br><br>By _____<br>Marshall E. Bluestone<br>Attorneys for Defendant Nick White |

**ELECTRONIC CASE FILING ATTESTATION**

I, John Houston Scott, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its signatories.

| | |
|---|---|
| Dated: June 22, 2018 | **SCOTT LAW FIRM**<br><br>By: /s/ John Houston Scott<br>John Houston Scott |

The matter before the Court is the parties' Stipulation regarding the above set schedule for Defendants' motions to dismiss first amended complaint. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 29, 2018

_____
THE HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT